IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02638-GPG-SPB
(consolidated with 1:23-cv-02702-PAB-MEH)

JOSEPH SHIRAEF,

    Plaintiff,

vs.

AMERISTAR CASINO BLACK HAWK, LLC
d/b/a Ameristar Black Hawk Casino,
GAMING AND LEISURE PROPERTIES, INC.,
JOSEPH NGUYEN, in his Individual Capacity,
CITY OF BLACK HAWK,
OFFICER WHITMAN, in her Individual and Official Capacity,
JAMES KIMBALL, Officer, Badge #420,
BRIAN DONIS,
ROB MARTINEZ,
DYLAN JACKSON,
AJ HARDMAN, and
DANIEL CARR,

    Defendants.

## NOTICE OF CONVENTIONALLY SUBMITTED MATERIALS

PLEASE TAKE NOTICE THAT Defendant Joseph Nguyen, by and through his counsel of record, Katherine M.L. Pratt and Chelsie L. Smith of Wells, Anderson & Race, LLC, will submit the following video files conventionally by delivering them on a thumb drive to the Clerk's Office. The files correspond to videos referenced in Movant's Appendix to Defendant Nguyen's Motion for Summary Judgment [ECF No.131], pages 52 and 53.

The video titled "MSJ Ameristar Recording.MP4" is available to all parties as Exhibit 2 to Plaintiff Shiraef's deposition. The video titled "MSJ Whitman BWC.MP4" was produced by the City of Blackhawk in response to Plaintiff's subpoena *duces tecum.* Both videos are being made available to all parties through a link for sharing large files emailed to counsel of record for all parties contemporaneously with this Notice.

Dated this 30th day of April, 2024.

Respectfully Submitted,

*s/ Katherine M.L. Pratt*
Katherine M.L. Pratt
Chelsie L. Smith
Wells, Anderson & Race, LLC
1700 Broadway, Suite 900
Denver, CO 80290
Telephone: 303-830-1212
Facsimile: 303-830-0898
Email: kpratt@warllc.com
Email: csmith@warllc.com

**ATTORNEYS FOR DEFENDANT JOSEPH NGUYEN**

## **CERTIFICATE OF SERVICE**

   I hereby certify that on April 30, 2024, a true and correct copy of the above and foregoing **NOTICE OF CONVENTIONALLY SUBMITTED MATERIALS** was electronically filed with the Clerk of Court using the CM/ECF system which will cause electronic service of the same to the following e-mail addresses:

Abraham Carpio
The Law Office of Abraham Fernando Carpio, LLC
Prince George's Professional Park
3311 Toledo Terrace
Suite B-201
Hyattsville, MD 20782
Email: carpiolaw@gmail.com

*Attorney for Plaintiff*

Peter H. Doherty
Lasater & Martin PC
8822 South Ridgeline Boulevard
Suite 405
Highlands Ranch, CO 80129
Email: peter@lasaterandmartin.com

*Attorney for City of Black Hawk and Officer Whitman*

Anthony E. Derwinski
Ruegsegger Simons & Stern LLC
1700 Lincoln Street
Suite 4500
Denver, CO 80203
Email: aderwinski@rs3legal.com

*Attorney for Defendants Ameristar Casino Black Hawk, LLC and Gaming and Leisure Properties, Inc.*

                *s/Carolyn Boulette*
                Carolyn Boulette, Legal Assistant