IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| JOSEPH SHIRAEF | * |
| vs. | * Civil No: 22-cv-02638-GPG-SKC |
| AMERISTAR CASINO BLACK HAWK, LLC, et al. | * |
| | * |
| Defendants. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **PLAINTIFF'S CONSENT MOTION FOR APPROPRIATE RELIEF TO GRANT A EXTENSION OF TIME TO REPLY TO THE COURT'S SHOW CAUSE ORDER OF MAY 22, 2024**

/s/ Abraham Carpio
Abraham Fernando Carpio, Esq.
Bar Number: 9806230087
Prince George's Professional Park
3311 Toledo Terrace
Suite B-201
Hyattsville, MD 20782
Phone: (301) 559-8100
*Counsel for Joseph Shiraef*

1

## ARGUMENT

The Court has issued a Show Cause Order dated May 22, 2024, in which it directs the undersigned to show cause as to the timeliness of the Cross-Motion for Summary Judgement filed against Ameristar.

The Plaintiff has until June 6, 2024 to provide a response for the Show Cause.

As of last Thursday, May 30, 2024, the undersigned was however discharged via email by the Plaintiff and directed to not file any further pleadings and simply strike his appearance from the case.

The undersigned conferred with opposing counsel and obtained unanimous consent to withdraw from the case, as shown in the previously filed motion to withdraw.

Undersigned counsel, upon receiving no further instructions from the Plaintiff and not being contacted by any other law firm or other potentially substituting counsel over the weekend, must therefore watch over the best interest of the Plaintiff and seek a two-week extension to *allow* Plaintiff to file a response to the show cause.

Defense counsel have unanimously and graciously conferred via email with the undersigned and consented to this two-week extension, which will allow Plaintiff sufficient time to substitute counsel or reply to the show cause *pro se.*

## CONCLUSION

For the foregoing reasons, the undersigned requests that the court issue a two-week extension on the reply to the show cause.

Respectfully submitted,

Dated: June 3, 2024

/s/ Abraham Carpio
Abraham Fernando Carpio, Esq.
Bar Number: 9806230087
Prince George's Professional Park
3311 Toledo Terrace
Suite B-201
Hyattsville, MD 20782
Phone: (301) 559-8100
*Counsel for Joseph Shiraef*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 3rd day of June, 2023 that Plaintiff's Motion for Appropriate Relief was served via ECF on counsel for the Defendants:

Anthony E. Derwinski, Esq.
Ruegsegger Simons & Stern, LLC LLC
1700 Lincoln Street, Suite 4500
Denver, CO 80203
aderwinski@rs3legal.com

Chelsie Lauren Smith
Wells Anderson & Race, LLC
1700 Broadway, Suite 900
Denver, CO 80290
csmith@warllc.com

Katherine M.L. Pratt
Wells, Anderson & Race, LLC
1700 Broadway, Suite 900
Denver, CO 80290
kpratt@warllc.com
peter@lasaterandmartin.com

Peter H. Doherty
Lasater & Martin, P.C.
5251 DTC Parkway, Suite 800
Greenwood Village, CO 80111

/s/ Abraham Carpio
Abraham Fernando Carpio, Esq.

4